IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIANO DE LOS SANTOS-POLANCO** | : | |
| Petitioner, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **JOSEPH P. NISH, ET AL.** | : | **NO. 06-1679** |
| Respondents. | : | |

## ORDER

**AND NOW**, this _____ day of November, 2006, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and no objections to the Report and Recommendation having been filed, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED**, without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of the Court shall mark the above-captioned case as **CLOSED**.

BY THE COURT:

/S/ Petrese B. Tucker
_____
Honorable Petrese B. Tucker, U.S.D.J.